[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 16-10400
_____

D.C. Docket No. 9:15-cr-80057-RLR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JANIO VICO,
JHARILDAN VICO,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Southern District of Florida

_____

(June 23, 2017)

Before TJOFLAT and WILSON, Circuit Judges, and ROBRENO,[*] District Judge.

---

[*] Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

PER CURIAM:

Following a jury trial, Janio and Jharildan Vico were convicted of conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349, mail fraud, in violation of 18 U.S.C. § 1341, conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), and money laundering, in violation of 18 U.S.C. § 1957, and sentenced to 108 months in prison.  They appeal their convictions and sentences.  We have considered all of the Vicos' specifications of error.  We have reviewed the following:

> 1. Whether the district court abused its discretion by allowing testimony regarding Cuban ethnicity, in violation of the Vicos' due process and equal protection rights?
>
> 2. Whether the district court plainly erred in allowing evidence of prior bad acts and improper character evidence?
>
> 3. Whether the district court plainly erred in allowing testimony from Captain Steven Smith of Florida's Division of Insurance Fraud?
>
> 4. Whether the district court erred in its calculations regarding the loss amount and number of victims?
>
> 5. Whether the district court erred in its forfeiture determinations?
>
> 6. Whether the impact of cumulative error denied the Vicos their right to a fair trial?

After careful review of the briefs and the record, and having the benefit of oral argument, we find no reversible error.  The decision of the district court is

**AFFIRMED.**

2